## Commonwealth of Pennsylvania v. Lillie McCauley, Appellant.

Argued March 8, 1898. Appeal, No. 205, Oct. T., 1897, by defendant, from sentence of Q. S. Lancaster Co., Aug. Sess., 1897, No. 343, on verdict of guilty. Before RICE, P. J., WICKHAM, BEAVER, REEDER, ORLADY, SMITH and PORTER, JJ. Affirmed.

Indictment for keeping a bawdy house. Before BRUBAKER, J.

*B. Frank Eshleman* and *C. Reese Eaby*, for appellant.

*Geo. A. Lane*, district attorney, and *B. C. Atlee*, for appellee.

OPINION BY WICKHAM, J., May 17, 1898:

In its main features, this case is undistinguishable from Commonwealth v. Murr, 7 Pa. Superior Ct. 391, except that the answers of the witnesses, who were asked, by the counsel for the Commonwealth, as to the reputation of the defendant's house,

were favorable to her. For this reason and also for the reasons set forth in the decision in Commonwealth v. Murr, supra, this day handed down, the specifications of error, all whereof are similar to those in the case just referred to, must be overruled.

The judgment is affirmed and it is directed that the record be remitted to the court below, in order that the sentence may be enforced.